UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-2167

MARIE THERESE ASSA'AD-FALTAS, MD MPH,

Plaintiff - Appellant,

v.

CITY OF COLUMBIA; THE CITY'S POLICE DEPARTMENT; JEAN H. TOAL; DANA ELIZABETH DAVIS TURNER; PAMELA ELAINE JACOBS HAWKINS; DANIEL E. RICKENMANN; DAVID A. FERNANDEZ; ROBERT G. COOPER; CPD OFFICER TR HAMPE; ROSLYN W. FRIERSON, Director of South Carolinas Office of Court Administration; REUBEN SANTIAGO, Interim CPD Chief; TERESA WISLON, Manager of the City; ALAN M. WILSON, Attorney General of South Carolina, solely officially for injunctive and declaratory relief; and other presently-unknown persons and entities who acted to injure Plaintiff from 9 December 2010 to 4 February 2011, and to also injure her on 8 April 2013.,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Terry L. Wooten, Chief District Judge.  (3:14-cv-00298-TLW)

Submitted:  April 23, 2015          Decided:  April 27, 2015

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marie Therese Assa'ad-Faltas, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marie Therese Assa'ad-Faltas appeals the district court's order accepting the magistrate judge's recommendation to dismiss her 42 U.S.C. § 1983 (2012) action against Defendants. We have limited our review to the issues raised in Assa'ad-Faltas's informal brief, see 4th Cir. R. 34(b) and find no reversible error. Accordingly, we deny Assa'ad-Faltas's motions for injunctive relief pending appeal and for appointment of counsel and affirm the district court's judgment. Assa'ad-Faltas v. City of Columbia, No. 3:14-cv-00298-TLW (D.S.C. Sept. 26, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED